# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand and thirteen.

---

John C. Ransmeier, administrator of the Estate of Louis Neil Mariani,

Plaintiff-Appellee,

UAL Corporation, *et al.*,

Defendants-Appellees,

v.

Ellen Mariani, Proposed Intervenor,

Appellant.

---

**ORDER**
Docket Nos. 11-175(L)
11-640(Con)

Appellant Ellen Mariani filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc* of the Court's opinion and order dated May 15, 2013. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe